# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Board of Trustees of the Electrical Workers Health and Welfare Trust, et. al., <br><br> Plaintiffs <br><br> v. <br><br> Parsa Power, LLC, a Nevada limited liability company, <br><br> Defendant | Case No.: 2:18-cv-0758-JAD-VCF <br><br> **Order Directing Clerk of Court to Enter Default** <br><br> [ECF No. 7] |

The plaintiff boards of trustees of various trust funds move the Clerk of Court to enter default against Parsa Power, LLC.[1] Plaintiffs' proof of service demonstrates that Parsa was properly served with the summons and complaint on May 3, 2018, making Parsa's answer due by May 24, 2018.[2] Parsa did not answer or otherwise defend. Instead, the court received a letter from Daood Molayan, the purported manager of Parsa Power Electric on May 18, 2018, in which Molayan states that Parsa "is not financially in a situation to hire any lawyer to defend the company at all. . . ."[3] The court construes this letter as an indication that the company does not intend to defend itself against this action, and because Parsa has not answered or otherwise defended in this case by the May 24, 2018, deadline,

IT IS HEREBY ORDERED that **the Clerk of Court is directed to ENTER DEFAULT [ECF No. 7-1] against Parsa Power, LLC.**

Dated: May 29, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 7.
[2] ECF No. 5.
[3] ECF No. 6.