Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile: (702) 382-8135
Email: asegal@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST; AND BOARD OF TRUSTEES OF THE LAS VEGAS ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>PARSA POWER, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:18-cv-00758-JAD-VCF<br><br>**ORDER FOR JUDGMENT DEBTOR EXAMINATION OF DAYOOD MOLAYAN**<br><br>**DATE: May 30, 2019**<br><br>**TIME: 10:00 a.m.** |

The Court having reviewed the Motion for Judgment Debtor Examination of Dayood Molayan, manager of Parsa Power, LLC ("Parsa Power"), submitted by the Plaintiffs, Board of Trustees of the Electrical Workers Health and Welfare Trust; Board of Trustees of the Electrical Workers Pension Trust; and Board of Trustees of the Las Vegas Electrical Joint Apprenticeship and Training Trust Fund ("Trust Funds"), and good cause appearing:

19034649

1

IT IS HEREBY ORDERED that Dayood Molayan, manager of Parsa Power, shall appear at the office Brownstein Hyatt Farber Schreck, LLC, located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada, 89106, on May 30, 2019, at 10:00 a.m., for a judgment debtor examination before a notary public or some other officer authorized by law to administer oaths and recorded by stenographic means regarding the following subject matter:

1. The documents produced in compliance with this Order; and
2. Parsa Power's assets and liabilities.

IT IS FURTHER ORDERED, that Parsa Power shall produce to the Trust Funds' counsel one (1) week prior to the examination the following documents:

1. Any and all documents evidencing the current ownership of Parsa Power's stock, including the name and address of such owners;

2. Any and all documents evidencing the ownership of Parsa Power, including both individuals and entities;

3. Any and all documents evidencing the ownership of any other entities by the persons identified in the documents referenced in Request No. 2;

4. Any and all documents regarding real property currently owned by Parsa Power, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

5. A complete current inventory list of assets owned by Parsa Power, including but not limited to, office equipment, vehicles, and accounts receivable;

6. The last twelve (12) statements for each and every one of Parsa Power's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

7. Any and all documents regarding real property disposed of by Parsa Power in the last five (5) years;

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

8. Copies of all existing contracts under which Parsa Power is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

9. Any and all documents evidencing for whom Parsa Power has performed work in the past two (2) years, and all records showing the number of hours worked by Parsa Power's employees in the past two years, and on what projects all such work was performed.

DATED this 3rd day of April, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

19034649

3